**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALISON PETERSON and JACK PETERSON, individually and on behalf of all others similarly situated, | § | |
| Plaintiffs, | § | |
| v. | § | **Case No. 4:26-cv-06812** |
| BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS, | § | |
| Defendant. | § | |

**BAYLOR MIRACA GENETICS LABORATORIES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics ("**Baylor Genetics**") hereby requests the Court to grant an unopposed extension of time to respond to the Complaint in the above-captioned action, and respectfully shows the Court as follows:

1. Plaintiffs filed the above-captioned lawsuit on August 18, 2026. ECF 1.

2. The Complaint was served on Baylor Genetics on August 24, 2026, such that its responsive pleading deadline is September 14, 2026.

3. Multiple other complaints against Baylor Genetics arising from the same data incident are pending in this District (the "**Related Actions**"), of which the first-filed is *Victoria Osborne v. Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics*, Cause No. 4:26-cv-06781 ("*Osborne*"). The parties have agreed to consolidate the Related Actions.

4. On August 20, 2026, Plaintiffs filed a motion to consolidate the Related Actions into the *Osborne* action, stay all responsive pleading deadlines, and set a deadline for the filing of a single consolidated complaint. *Osborne* Dkt. No. 7. The motion to consolidate the Related Actions (*Osborne* Dkt. No. 7) remains pending before the Court.

5. Due to the complexity of the issues set forth in the Complaint, and to avoid unnecessary expense and conserve judicial resources while the parties await a ruling on the August 20, 2026 motion to consolidate, Baylor Genetics respectfully requests an extension of time of 45 days, up to and including October 29, 2026, to file a responsive pleading in this matter.

6. The Court may, for good cause, extend the time for Baylor Genetics to answer or otherwise respond to a complaint. *See* Fed. R. Civ. P. 6(b). Good cause for a further extension of time exists here. The motion to consolidate the Related Actions remains pending. Consolidation of the Related Actions furthers judicial economy because the Related Actions share common questions of law and fact, such that unless the actions are consolidated, the Court will be obliged to review duplicative arguments across Baylor Genetics' multiple answers or other responsive pleadings. Consolidation will allow the Related Actions to be consolidated into one action, with one complaint, and one answer or set of briefing on a responsive motion, maximizing efficiency for the Court and the parties. However, maintaining the current deadline for Baylor Genetics to answer or otherwise respond while the motion to consolidate remains pending would undermine these efficiencies. Further, if the motion to consolidate were to be granted after Baylor Genetics had filed an answer or otherwise responded, that response would be moot.

7. Counsel for Baylor Genetics contacted Plaintiffs' counsel to discuss this extension request, and Plaintiffs' counsel stated that Plaintiffs consented to such an extension.

8. This is Baylor Genetics' first request for an extension of time. Baylor Genetics does not seek the extension for purposes of delay and the extension will not prejudice any party.

9. For the foregoing reasons, Baylor Genetics respectfully requests the Court issue an order extending the time for Baylor Genetics to answer or otherwise respond to the Complaint in the above-captioned action by 45 days, until October 29, 2026.

Dated: September 10, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason Fagelman*

Jason K. Fagelman, SBN 00796525
2200 Ross Ave, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com

*Attorney for Defendant Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and e-served upon all counsel of record.

*/s/ Jason K. Fagelman*
Jason K. Fagelman